ORIGINAL

GEORGE G. WALKER, Esq. (SBN #25345)
633 Battery St., Suite 635
San Francisco, California 94222
(415) 421-6911

Attorney for Defendant David D. Espinal

LODGED
APR 13 2006
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
APR 19 2006
at __ o'clock and 15 min. __M
SUE BEITIA, CLERK

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> DAVID D. ESPINAL, <br><br> Defendant. | CR NO. 02-00176-01 DAE <br><br> STIPULATION AND ORDER TO CONTINUE DEFENDANT DAVID D. ESPINAL'S SENTENCING <br><br> Old Date: June 12, 2006 <br> New Date: July 7, 2006 <br> Judge: Hon. David Alan Ezra |

STIPULATION AND ORDER TO CONTINUE DEFENDANT
DAVID D. ESPINAL'S SENTENCING

IT IS HEREBY STIPULATED, by and between Plaintiff United States of America and Defendant David D. Espinal, through their respective counsel, that the sentencing of

///

///

///

David D. Espinal be continued from June 12, 2006 [*see*] before the Hon. David A. Ezra, is rescheduled for hearing on July 7, 2006 at 1:30 p.m. before the Honorable David A. Ezra.

Dated:            at Honolulu, Hawaii.

                        EDWARD H. KUBO, JR.
                        United States Attorney
                        District of `Hawaii

                        By _/s/ T. Muehleck_
                        THOMAS MUEHLECK
                        Assistant U.S. Attorney

Dated: March 22, 2006 at San Francisco, CA.

                        _/s/ George G. Walker_
                        GEORGE G. WALKER
                        Attorney for Defendant
                        David D. Espinal

IT IS SO APPROVED AND ORDERED:

DATED: April 18, 2006, Honolulu, Hawaii.

                        _/s/ David A. Ezra_
                        DAVID A. EZRA
                        United States District Judge

United States v. David Espinal
CR. NO. 02-00176-01 DAE
Stipulation and Order To Continue
Defendant's Sentencing