EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

JONATHAN M. F. LOO
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: jonathan.loo@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

              IN THE UNITED STATES DISTRICT COURT

                 FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 02-00176 DAE |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | CONTINUING SENTENCING |
| vs. | ) | HEARING |
| | ) | |
| DAVID D. ESPINAL,   (01) | ) | OLD DATE: 10/26/06 |
| | ) | NEW DATE: 03/05/07 |
| Defendant. | ) | |
| | ) | |

                   STIPULATION AND ORDER
                CONTINUING SENTENCING HEARING

          IT IS HEREBY STIPULATED AND AGREED by and between the

parties herein that the sentencing hearing that was scheduled for

October 26, 2006, be continued to March 5, 2007 at 3:00 p.m.

before the Honorable David Alan Ezra.

          The reason for the continuance is so that the Defendant

may have additional time to cooperate with the Government and

provide information to the Court which may equate to substantial

assistance credit at his sentencing.  Specifically, the Defendant is scheduled to testify at the trial of a co-conspirator in December, 2006.  Thus, the additional time will allow the Government to include all the Defendant's cooperation in its substantial assistance recommendation to the Court.

Thus, the Court finds that a continuation of the Defendant's sentencing hearing is in the best interests of justice.

IT IS SO STIPULATED.

DATED: Honolulu, Hawaii, October 30, 2006.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii


By   /s/ Jonathan M. F. Loo
JONATHAN M. F. LOO
     Assistant U.S. Attorney

     /s/ George G. Walker
GEORGE G. WALKER
Attorney for Defendant
DAVID D. ESPINAL

IT IS SO APPROVED AND ORDERED:

DATED: Honolulu, Hawaii, November 1, 2006.

_____
David Alan Ezra
United States District Judge

United States of America vs. David D. Espinal, Cr. No. 02-00176 DAE; STIPULATION AND ORDER CONTINUING SENTENCING HEARING