# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/14/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 02-00176DAE |
| CASE NAME: | USA v. (01)David D. Espinal aka "Dirk Diggler" |
| ATTYS FOR PLA: | Jonathan Loo |
| ATTYS FOR DEFT: | George G. Walker |
| USPO: | Ellie Asasaki |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Steve Platt |
| DATE: | 3/14/2007 | TIME: | 1:30pm-1:40pm(m/d)<br>1:40pm-2:05pm(sent) |

COURT ACTION: EP: Sentencing to Counts 1 and 35 of the First Superseding Indictment and Count 1 of the Felony Information as to Defendant (01)David D. Espinal aka "Dirk Diggler". Government's Motion for Downward Departure.

Defendant (01)David D. Espinal aka "Dirk Diggler" present in custody.

The Memorandum Plea Agreement is accepted.

Government's Motion for Downward Departure-GRANTED.

Presentence Report adopted. Sentencing recommendations heard. Allocution by Defendant (01)David D. Espinal aka "Dirk Diggler".

SENTENCE:

Imprisonment:   190 MONTHS, as to Count 1 of the First Superseding Indictment and Count 1 of the Information, with all such terms to run concurrently

Supervised Release:   5 YEARS, as to Count 1 of the First Superseding Indictment, 3 YEARS as to Count 1 of the Information, with all such terms to run concurrently

CONDITIONS:

    1.    Defendant shall abide by the standard conditions of supervision.

2. Defendant shall not commit any federal, state, or local crimes.

3. Defendant shall not possess illegal controlled substances.

4. Defendant shall cooperate in the collection of DNA as directed by the probation officer.

5. Defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter, but no more than 8 valid drug tests per month during the term of supervision, unless there is a positive drug test, in which event the maximum shall increase up to one valid drug test per day.

6. Defendant shall participate in a substance abuse program, which may include drug testing at the discretion of the Probation Office.

7. Defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

8. Defendant shall not possess or use alcohol.

9. Defendant shall provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office.

10. Defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

Special Assessment: $200.00.

JUDICIAL RECOMMENDATIONS: Lompoc, CA.

Government's Oral Motion to dismiss all remaining counts as to this defendant only- GRANTED.

Defendant advised of his right to appeal.

Defendant remanded to the custody of U.S. Marshals.

Submitted by: Theresa Lam, Courtroom Manager