ORIGINAL

DAVID D. ESPINAL
Defendant, pro se
Register No. 87300-011
Federal Detention Center, Honolulu
Post Office Box 30080
Honolulu, Hawaii 96820

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 0 3 2007

at 2 o'clock and 35 min. PM
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATE OF AMERICA, | ) | CR. NO. 02-00176-DAE |
| Plaintiff, | ) | |
| vs. | ) | **NOTICE OF APPEAL** |
| DAVID D. ESPINAL, | ) | |
| Defendant. | ) | |

**NOTICE IS HEREBY GIVEN** that defendant David D. Espinal appeals his

sentence, imposed on March 15, 2007, before the Honorable David Alan Ezra.

DATED: March 30, 2007, at FDC Honolulu, Hawaii.

By: _____

David D. Espinal
Defendant, pro se

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the attached NOTICE OF APPEAL, was duly served upon counsel for the United States of America, by depositing the same in the Institutional Legal Mailbox at the Federal Detention Center, at Honolulu, Hawaii, first class, with sufficient postage attached and addressed to:

        Jonathen Loo
        Assistant U.S. Attorney, for
        Thomas Muehleck, Assistant U.S. Attorney
        PJKK Federal Building, Room 6-100
        300 Ala Moana Boulevard
        Honolulu, Hawaii 96850

DATED: Honolulu, Hawaii, March 30, 2007.

By: _____
     David D. Espinal
     Defendant, pro se