UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

SUE BEITIA
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

April 6, 2007

DAVID D. ESPINAL
87300-011
FEDERAL DETENTION CENTER, HONOLULU
POST OFFICE BOX 30080
HONOLULU, HAWAII 96820

Re: Criminal No. 02-00176DAE-01
United States of America vs. David D. Espinal

Dear Mr. Espinal:

Please be advised that the fee for filing an appeal to the Court of Appeals is $455.00. You may remit a check or money order payable to CLERK, U.S. DISTRICT COURT. Failure to remit payment in a timely manner may result in the dismissal of your appeal by the Ninth Circuit Court of Appeals.

Sincerely Yours,

SUE BEITIA, CLERK

by: [signature]
    Deputy Clerk