ORIGINAL

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | U.S.C.A. NO. **NOT YET ASSINGED** |
| Plaintiff-APPELLEE, | ) | U.S.D.C. NO. CR-02-00176-DAE |
| | ) | District of Hawaii |
| v. | ) | |
| DAVID ESPINAL, | ) | |
| Defendant-APPELLANT. | ) | |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 13 2007

at 2 o'clock and 0 min. ☐ M
SUE BEITIA, CLERK

Appeal from the United States District Court
for the District of Hawaii
Honorable David Alan Ezra, District Court Judge, Presiding

Motion to Proceed In Forma Paurperis; Motion for
Appointed Counsel; and Financial Affidavit

David Espinal
Register No. 87300-011
Federal Detention Center - Honolulu
Post Office Box 30080
Honolulu, Hawaii 96820

Defendant-Appellant, pro se

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | U.S.C.A. NO. **NOT YET ASSINGED** |
| Plaintiff-APPELLEE, | ) ) | U.S.D.C. NO. CR-02-00176-DAE |
| v. | ) ) | District of Hawaii |
| DAVID ESPINAL, | ) ) | |
| Defendat-APPELLANT. | ) ) | |

**COMES NOW** appellant and moves this Honorable Court for an Order allowing him to proceed in forma pauperis, and to have new counsel appointed. Said motion is based on the attached financial affidavit.

DATED: April 10, 2007, Honolulu, Hawaii, 96820

Respectfully submitted,

By: /s/ David Espinal
DAVID ESPINAL
Defendant-Appellant, pro se
