RECEIVED
CLERK US DISTRICT COURT
APR 13 2007
DISTRICT OF HAWAII

April 11, 2007

Dear Sue Beitia

Enclosed is my forms to motion to proceed in Forma Pauperies, Motion for appointed Counsel, and Financial Affidavit. As I was finishing these forms, I received in the mail a letter from you stating that I had to write a check for the amount of $455 dlrs. To the Clerk U.S. District Court, to continue with my filing of my appeal, that any delay of this payment may result in the dismissal of my appeal to the Ninth Circuit Court of Appeals.

As to were I stand right now, I been incarcerated for the past 5 years awaiting for this unfair sentence and the very one I'm appealing. Please, if you can continue with the filing I will surely appreciate any little bit of help that you can provide by not delaying the process. Thank you so very much and May God Bless you.

Sincerely
David D. Esp[signature]



Legal Mail

David P [illegible]
#87300-0[..]
[illegible] 
Honolulu, HI 96820

PM HONOLULU HI 968   12   APR 2007   PM HONOLULU

Sue Beitia, Clerk
United States District Court
District of Hawaii
300 Ala Moana Blvd., Rm C-338
Honolulu, Hawaii 96850

Legal Mail