# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## DOCKET FEE PAYMENT NOTIFICATION FORM

I.     **SHORT CASE TITLE:**     U.S.A. vs. David D. Espinal, aka " Dirk Diggler"

     **U.S. COURT OF APPEALS DOCKET NUMBER**:_____

     **U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**

     **U.S. DISTRICT COURT DOCKET NUMBER:**  CR 02-00176DAE-01

II     **DATE NOTICE OF APPEAL FILED:**     04/03/07

III     **U.S. COURT OF APPEALS PAYMENT STATUS:** Not paid yet.

     **DOCKET FEE PAID ON:**         **AMOUNT:**

     **NOT PAID YET:**         **BILLED:**

     **U.S. GOVERNMENT APPEAL:**     **FEE WAIVED**:

     **WAS APPELLANT OR APPELLE GRANTED F.P. STATUS?**

     **IF YES, SHOW DATE**:

     **WAS F.P. STATUS REVOKED**:     **DATE:**

     **WAS F.P. STATUS LIMITED IN SOME FASHION?**

     **IF YES, EXPLAIN:**

IV     **COMPANION CASES, IF ANY:**

V.     **COMPLETED IN THE U.S. DISTRICT COURT BY**:

     Laila M. Geronimo

_____

AMENDED NOTIFICATION _____ PAID_____ F.P. _____

DISTRICT COURT CLERK BY: _____

(Note:  This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S.
     Court of Appeals Docket Fee.)

TO:        Clerk, U.S. Court of Appeals                    Date: April 17, 2007

FROM:      Clerk, U.S. District Court, Hawaii

SUBJECT:   New Appeals Docketing Information, Criminal Case

## CASE INFORMATION

COMPLETE TITLE:          U.S.A. vs David D. Espinal, aka " Dirk Diggler"

U.S.D.C CASE NO.         CR 02-00176DAE-01

U.S.D.C. JUDGE:          David Alan Ezra

COMPLAINT (✓), INDICTMENT ( ), INFORMATION ( ),PETITION ( ), FILED:___04/19/02___

APPEALED ORDER FILED:          _____04/02/07_____

NOTICE OF APPEAL FILED:          _____04/03/07_____

## COUNSEL INFORMATION

APPELLANT:                              APPELLEE:
David D. Espinal, Pro Se Defendant      Jonathan M.F. Loo, AUSA
Federal Detention Center, Honolulu      Office of the U.S. Attorney
P.O. Box 30080                          300 Ala Moana Blvd., Ste. 6100
Honolulu, HI 96820                      Honolulu, HI 96850

(List multiple counsel on separate sheet and attach.)

APPOINTED BY: _

        (e.g. C.J.A., Public Defender, Other.)

## DEFENDANT INFORMATION

ADDRESS:                        CUSTODY:              ✓

                                BAIL:                 __
F/P GRANTED:       __
                                COUNSEL WAIVED:       __
NO OF DAYS OF TRIAL:   _
                                COURT REPORTER(S):    ESR, Steve Platt

# UNITED STATES DISTRICT COURT
### DISTRICT OF HAWAII
### OFFICE OF THE CLERK
### 300 ALA MOANA BLVD., RM C-338
### HONOLULU, HAWAII 96850

**Sue Beitia**
Clerk of Court

TEL (808) 541-1300
FAX (808) 541-1303

April 17, 2007

Jonathan M.F. Loo, AUSA
Office of the U.S. Attorney
300 Ala Moana Blvd., Ste.6100
Honolulu, HI 96850

IN RE:        U.S.A v. David D. Espinal, aka " Dirk Diggler"
CR NO.       CR 02-00176DAE-01

Dear Counsel:

Pursuant to Rule 3(d) FRAP, you are hereby notified that a Notice of Appeal was filed in the above-entitled case on 04/03/07.

All counsel (or Pro Se) should read and follow the enclosed instructions. Thank You.

Sincerely,
Sue Beitia, Clerk

By       Laila M. Geronimo
Deputy

Enclosures

cc:    Clerk, 9th CCA w/copy of NA,
            docket sheet, dfnf
       David D. Espinal, Pro Se Defendant
            with copy of instructions for criminal appeals
            Transcript Desig. & Ordering Form
            with instructions and a copy of the
            docket sheet