UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

DOCKET FEE PAYMENT NOTIFICATION FORM

RECEIVED
CLERK U.S. DISTRICT COURT
APR 27 2007
12:10pm
DISTRICT OF HAWAII

I.   **SHORT CASE TITLE:**   U.S.A. vs. David D. Espinal, aka "Dirk Diggler"

   **U.S. COURT OF APPEALS DOCKET NUMBER:**  07-10204

   **U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**

   **U.S. DISTRICT COURT DOCKET NUMBER:**   CR 02-00176DAE-01

II   **DATE NOTICE OF APPEAL FILED:**   04/03/07

III   **U.S. COURT OF APPEALS PAYMENT STATUS:** Not paid yet.

   **DOCKET FEE PAID ON:**             **AMOUNT:**

   **NOT PAID YET:**                   **BILLED:**

   **U.S. GOVERNMENT APPEAL:**         **FEE WAIVED:**

   **WAS APPELLANT OR APPELLE GRANTED F.P. STATUS?**

   **IF YES, SHOW DATE:**

   **WAS F.P. STATUS REVOKED:**         **DATE:**

   **WAS F.P. STATUS LIMITED IN SOME FASHION?**

   **IF YES, EXPLAIN:**

IV   **COMPANION CASES, IF ANY:**

V.   **COMPLETED IN THE U.S. DISTRICT COURT BY:**

   Laila M. Geronimo

---

AMENDED NOTIFICATION _____   PAID _____   F.P. _____

DISTRICT COURT CLERK BY: _____

(Note:  This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)