FILED

OCT 22 2007

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

RECEIVED
CLERK, U.S. DISTRICT COURT

OCT 24 2007

DISTRICT OF HAWAII

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>DAVID D. ESPINAL, also known as Dirk Diggler,<br><br>Defendant - Appellant. | No. 07-10204<br><br>D.C. No. CR-02-00176-DAE-01<br>District of Hawaii,<br>Honolulu<br><br>ORDER |

The motion of Georgia K. McMillen, Esq., to withdraw as counsel of record under *Anders v. California*, 386 U.S. 738 (1967), is referred to the panel assigned to hear the merits of this appeal. The panel will conduct an independent review of the record. *See Penson v. Ohio*, 488 U.S. 75, 82-83 (1988). After it conducts its review, the merits panel will determine whether counsel may be allowed to withdraw and whether new counsel will be appointed. *See id.* at 83.

Appellant may file a pro se supplemental opening brief raising any issues by November 27, 2007. On or before December 28, 2007, appellee shall file the answering brief or notify this court by letter that no answering brief will be filed. If appellee files the answering brief, the optional reply brief will be due within 14 days after service of the answering brief.

The clerk of the district court shall forward to this court the clerk's record within 10 days of receipt of this order. *See* 9th Cir. R. 11-4.4.

The Clerk shall serve a copy of this order on appellant individually at David Espinal, Reg. # 87300-011, USP Lompoc, U.S. Penitentiary, 3901 Klein Blvd., Lompoc, CA 93436, as well as counsel for appellant.

        For the Court

        */s/ Derek Mayor*
        Derek Mayor
        Deputy Clerk
        9th Cir. R. 27-7
        General Orders/Appendix A