# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 21 2007

# Transcript Designation and Ordering Form

at ____ o'clock and 10 min. __M
SUE BEITIA, CLERK

U.S. Court of Appeals Case No. __07-10204__   U.S. District Court Case No. __CR-02-00176-DAE__

Short Case Title __United States of America v. David Espinal__

Date Notice of Appeal Filed by Clerk of District Court __04/03/2007__

### SECTION A - To be completed by party ordering transcript

| HEARING DATE (s) | COURT REPORTER | PROCEEDINGS (strike portion not desired) |
|---|---|---|
| 06/28/2002 ✓ | (Ct Rptr: C5 Tape 903) by Judge Kevin S.C. Chang | A & P as to the Superceding Indictment |
| 10/21/2003 ✓ | (Ct Rptr: C6; 1473) Judge Kobayashi | Change of Plea Hearing ✓ |
| 03/14/2007 ✓ | (Court Reporter Steve Platt.) | Sentencing |

(Attach additional page for designations if necessary) **Please see attached page.**

( )   I do not intend to designate any portion of the transcript and will notify all counsel of this intention.

( )   As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.

(X)   As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered __06/18/2007__   Estimated date for completion of transcript __08/15/07 (due date set by Ninth Circuit, see Order filed 06/08/07.__

Print Name of Attorney __Georgia K. McMillen__   Phone Number __(808) 242-4343__

Signature of Attorney _____

Address __Law Office of Georgia K. McMillen; P.O. Box 1512; Wailuku Maui, HI 96793__

### SECTION B - To be completed by court reporter

I, _____ have received this designation.
       (Signature of court reporter)

( ) Arrangements for payment were made on _____

( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

_____ Approximate Number of Pages in Transcript – Due Date _____

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 30 2008

at 1 o'clock and 30 min P M
SUE BEITIA, CLERK

### SECTION C - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed __6/3/07__   Court Reporter's Signature __Jessica B. Cahill__

### SECTION D - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.

Sue Beitia __01/30/08__   BY: __Sale M. Geronimo__
(U.S. District Court Clerk)   (Date)   DEPUTY CLERK

cc: counsel