United States Court of Appeals for the Ninth Circuit
Record Transmittal Form

Date:   October 30, 2007

To:   United States Court of Appeals    Attn: ( )   Civil
      For the Ninth Circuit
      Office of the Clerk                     (✓)  Criminal
      95 Seventh Street
      San Francisco, California 94103         ( )   Judge

From: United States District Court
      300 Ala Moana Blvd. Room C-338
      Honolulu, Hawaii 96813

DC No:        CR 02-00176DAE-01        Appeal No:   07-10204
Short Title:  USA vs. Espinal

| | | |
|---|---|---|
| Clerk's Files in | 7 | volumes (✓) original ( ) certified copy |
| Bulky docs | | volumes (folders)  docket # |
| Reporter's Transcripts | | volumes (✓) original ( ) certified copy |
| Exhibits | | volumes ( ) under seal |
| | | boxes ( ) under seal |

Other:
-certified copy of docket sheet
-sealed document nos: 136, 140

Acknowledgment: _____   Date: 10/31/07

cc: counsel

RECEIVED
CLERK U.S. DISTRICT COURT
FEB 19 2008
DISTRICT OF HAWAII