UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 22 2008

MOLLY C. DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 07-10204 |
| --- | --- |
| Plaintiff - Appellee, | D.C. No. CR-02-00176-DAE-01 |
| | District of Hawaii, Honolulu |
| V. | |
| DAVID D. ESPINAL, AKA Dirk Diggler, | **MANDATE** |
| Defendant - Appellant. | |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 28 2008

at 11 o'clock and 30 min. __M.
SUE BEITIA, CLERK

The judgment of this Court, entered 03/27/08, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

By: Rhonda Roberts
Deputy Clerk